UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DEANGELO C. TAYLOR,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **WTSP WARDEN JONATHAN LEBO,** | CASE NO: 16-2515-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Claims, Certifying An Appeal Would Not Be Taken in Good Faith and Notifying Plaintiff of Appellate Filing Fee entered on September 13, 2017, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/13/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk